ACCEPTED
03-13-00333-CR
5800530
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/24/2015 10:29:56 AM
JEFFREY D. KYLE
CLERK

# THE ERWIN LAW FIRM, L.L.P.

109 EAST HOPKINS STREET
SUITE 200
SAN MARCOS, TEXAS 78666
www.theerwinlawfirm.com
josh@theerwinlawfirm.com
amanda@theerwinlawfirm.com

TEL: (512) 938-1800

FAX: (512) 938-1804

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/24/2015 10:29:56 AM
JEFFREY D. KYLE
Clerk

June 24, 2015

Mr. Jeffrey D. Kyle
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711

Re:     Court of Appeals Number:     03-13-00333-CR and 03-13-00334-CR
        Trial Court Case Number:     CR-12-0141 and CR-13-0053

Dear Mr. Kyle:

        This letter is to certify my compliance with Texas Rule of Appellate Procedure 48.4 in the above case.  Please find a copy of the return receipt attached.  Please file this letter in your record of the appeal in this case.  Thank you for your time and please do not hesitate to contact me with any questions.

                        Sincerely,


                        /s/ Amanda Erwin
                        Amanda Erwin

**CERTIFICATE OF SERVICE**

Pursuant to TEX. R. APP. P. 9.5, I certify that of June 23, 2104, a copy of this letter was delivered via electronic service to: Hays County District Attorney's Office, Appellate Division, 712 South Stagecoach Trail, Suite 2057, San Marcos Texas, 78666.

/s/ Amanda Erwin

_____

Amanda Erwin

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Mr. Richard Gonzalez
#01369781
Robertson Unit
12.071 FM 3122
Abilene, TX 79601

2. Article Number
   (Transfer from service label)

7014 3490 0001 8422 1323

PS Form 3811, July 2013          Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X C. Guadalupe                    ☐ Agent
                                  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
C. Guadalupe                      6/17/15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail®      ☐ Priority Mail Express™
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes